UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20519-CR-JAL

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

JAMES SABATINO,

     Defendant.

_____/

**NOTICE TO THE DISTRICT COURT CONCERNING THE DEFENDANT'S PROPENSITY TO ORDER AND/OR ORCHESTRATE VIOLENT CRIMINAL ACTS PURSUANT TO THE YEARLY SAMs RENEWAL CLAUSE OF THE PLEA AGREEMENT AND STIPULATED LETTER OF UNDERSTANDING WITH RESPECT TO THE SPECIAL ADMINISTRATIVE MEASURES IMPOSED BY THE GOVERNMENT**

COMES NOW the Defendant, JAMES SABATINO, by and through the undersigned attorney and files this Notice pursuant to the Court's Order, and states as follows:

1) Pursuant to the Written Plea Agreement [DE:230] and Stipulated Letter of Understanding [DE:232] filed in this case, the Government **SHALL** request the Special Administrative Measures ("SAM") be renewed "every year until such time as the Defendant unequivocally demonstrate he will not threaten or do violence and /or physical harm to other persons." [DE:230:7(c)]

1

2) On September 19, 2022 this Honorable Court Granted the Defendant permission to file a yearly SAM Renewal Notice prepared by counsel. [DE:682]

3) Pursuant to that Order, the following is a verbatim statement of James Sabatino regarding his ability and desire to use his communications to order additional criminal and violent acts from prison:

   "I remain committed to my beliefs and reiterate all of my statements from my previous renewal notices to the Court. [DE:647; DE:663 ; and DE:693] The only thing that is stopping me from doing what I want is the Court Ordered communication restrictions in combination with the Special Administrative Measures ("SAM").

   I do want to take this time to advise the Court that the Government is still actively engaged in a cover up and lying to others, including this Court and their own superiors at the DOJ. It seems that no one cares that the Government is doing this. I will continue to make records of it, so that in the future when I am able to communicate again I can show that I repeatedly told all of you this.

   In my most recent SAM, AUSA Christopher B. Browne submitted to the Deputy Assistant Attorney General, Jennifer Hodge that I have "repeatedly filed documents with the Court…**FALSELY** stating [my] involvement in the death of specified individuals." [Emphasis added]

(SAM extension dated 9/7/2023) This is an <u>ABSOLUTE LIE</u> and AUSA Browne knows it.

Everything I submitted to the Court was 100% true and accurate. Everyone here at the ADX knows it and many ADX staff  have expressed shock that AUSA Browne is taking such extraordinary steps to publicly discredit my claims. I am not surprised though. I again remind you that after my original indictment in 2016, multiple informants reported to the Government that I was planning additional criminal activity. If that was not enough, I too wrote several letters to AUSA Browne explaining if my communications were not restricted I would continue to commit crimes, including those against their rats. The Government, specifically, AUSA Browne ignored all of these warnings. It would have been so simple for him to stop me. But he did nothing and allowed everything that followed to happen. I did not kill Lamarcus Lee Hillard. Never did I or would I say that. But what the Government knows, is that if I had never found the information out about Hilliard through my access to the BOP computer system (Sentry and Truscope), he would most likely still be alive.

AUSA  Browne knows this is true, which is why he should be held accountable for publicly saying it is not just to protect the fact that he did not stop me from  making it known. He is knowingly misleading

3

the Court and now the DOJ. I would have happily taken a polygraph test to prove I'm telling the truth. But I also explained many times that the evidence is actually in their hand's. The BOP computer hard drive where I accessed the information on Hilliard was seized by the Inspector General. The phone I used to communicate this information to other inmates, including those in ADX are in the Government's possession. But most importantly, anyone who hears my explanation knows what I'm  saying is true because there is no possible way I can describe the actual records I saw, unless I actually seen it.

To date, the information I described has never been made public. There is no possibility that I should even know the specific records exist, let alone be able to describe what it looks like, the color, where the information is located and specific details of what it says. If what I describe exist in the BOP computer system, then how else could I know about it? The fact is that I found out Hillard was a rat through my access to the BOP computer system and I exposed him. No one knew before that.

This Court should ask itself **WH**Y is AUSA Browne going out of his way to discredit my claims? When has this Court ever seen a prosecutor publicly absolve someone of something they readily admit to? Whats more is that Browne did this without ever attempting to

4

have someone interview me about these claims; no one ever bothered to hear me out. Even though I said I could pin point the evidence and prove what I was saying is true. Does that make any sense to you? Why would a prosecutor do something so extreme as publicly stating what I was saying isn't true without any investigation? Do you realize Browne's public statements have made it virtually impossible for me to ever be charged with anything connected to this.

I also want to clarify that I certainly was **<u>NOT</u>** trying to help the Government when I admitted this. Nor was I "bragging" as Browne has suggested. That makes no sense. The only reason I ever brought this up was because at the time Browne was downplaying the danger of me communicating with others. I used this as an example of why he was very wrong. I never thought he would try to deny what I was saying was true. I ask this Court to be mindful of one very important thing: Hilliard was **<u>not</u>** the only inmate I found out sensitive information on while I had access to the BOP's computer system. That is what makes what Browne is doing so dangerous.

Browne is being disingenuous when he suggests to the Court that I like or prefer this isolation. It's absurd and he knows it. Through the years, I have always fought to be in population. In fact, in 2016, when I was caught with the first cell phone, I was put in the Special

Housing Unit (SHU). In my discovery, I seen an FBI 302 report recounting an interview with them FDC Captain D. Acre. In this report, Captain Acre told the interviewing agent that I was doing everything possible to get back to population. Anyone who knows me knows how I love to be around people. More importantly, if Browne understood what my conditions are like he would never say what he does.

But this is what is needed to keep everyone safe. I have committed, or have been accused of committing crimes in every prison I have ever been to. These restrictions are what prevents me from doing anything here. Recently I filled out the yearly SAM renewal comment form. I am attaching a copy of it to this statement. [Exhibit-A] In it, I stated everything I feel. The problem is that this notice is given to AUSA Browne and for the reasons I have given here (plus many more) he can not be trusted to accurately convey if I still intend on using my communications to direct criminal activity. That is why these yearly notices to the Court are necessary. Most likely, I will make it to my release date and then I will be able to communicate again. I will expose the Government.

I have said this countless times but the Government will never break me. I will fight until my last breath. Thats what separates me

6

from most people. I do not fear the Government or the justice system. I never will. I am fully ok dying for what I believe in. I have been on restrictions for over 7 years now and I am committed as I ever was. I have seen so many guys here on restrictions less restrictive than mine and after a year they are begging to get out. Not everyone is built for this.

Recently the Government has come after my money for commissary. I have no doubt it was just an attempt to put more pressure on me, but again they can't hurt me! They can keep me in this dungeon without any communication. Continue to leak stories in the media and do whatever else they think will get me to submit and none of it will work. Never. All I need to sustain me until I can communicate again is my faith in God.

In closing, I repeat that nothing has changed. The SAM in conjunction with the 3582(e) restrictions are all that prevents me from ordering, directing, inspiring and advocating future criminal activity."

4) This concludes the statement which is filed with the Court pursuant to the Plea Agreement [DE:230] and is solely for the record to inform all parties the Defendants communications continue to pose a threat.

[NO ACTION NEED BE TAKEN BY THE COURT AT THIS TIME.]

Respectfully submitted,

**Encinosa Law, P.A.**
Israel Jose Encinosa, Esq.
8950 SW 74th Court
Suite 2201
Miami, Florida 33156-3181
Tel. (305)804-6976
E-mail: encinosalaw@reagan.com
Fax. (305) 203-4707

By:/s/ Israel Jose Encinosa
   Israel Jose Encinosa, Esq.
   F.B.N.: 435007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished electronically by the CM/ECF system to all parties, this 28th day of June, 2024.

By:/s/ Israel Jose Encinosa
   Israel Jose Encinosa, Esq.



**U.S. Department of Justice**
Federal Bureau of Prisons

*United States Penitentiary,*
*Administrative Maximum*

*Florence, CO 81226*

May 29, 2024

MEMORANDUM FOR **Sabatino, James**
**Reg. No. 30906-004**

FROM:               J. Holbrooks, H Unit Counselor

SUBJECT:          **Renewal of Special Administrative Measures**

The Special Administrative Measures (SAM) implemented in your case, are set for expiration/renewal in <u>September, 2024.</u> Please provide any comments and/or recommendations concerning the possible renewal of your SAM.  You are not limited to the section provided.  You may attach continuation pages and documentation for consideration.  Your input will be reviewed and considered in determining whether your SAM should be renewed and/or modified.  Please provide your input as soon as possible.

Would you like to speak with an agent from any of the following agencies concerning your comments and/or recommendations concerning the possible renewal of your SAM:

|  | Yes | No |
|---|---|---|
| Monitoring Agency (eg., FBI, ATF, CIA, DEA) | ☐ | ☑ |
| Institution Legal Department | ☑ | ☐ |

**Inmate Statement:**

Once again I reiterate that I can NOT be broken. nothing has changed with respect to my views. The ONLY thing that stops me from communicating my desires and orders is the SAM's in combination with the court ordered 3582(d) restrictions. But they will not break my resolve and the government knows my profile and loyal and will wait as long as it takes to hear from me. I do want to state that in my last SAM renewal, assistant U.S. attorney Christopher B. Browne LIED. He lied to the court, he lied to the attorney generals office and he lied

to the DOJ's office of enforcement operations, specifically he stated that I have filed court documents FALSELY claiming responsibility for the deaths of individuals. I said it before and I said/say it again: AUSA BROWNE IS ENGAGED IN A COVER UP! It is plan to see that he doesn't want it to come out that I found out lawless acts Hillard was a part, through my access to the BOP computer system and perhaps this is no sak. He is doing this because he feels responsible. He knows he should have put me on restriction in 2016. He could have prevented this. Where could you ever see an AUSA expressly somehow admitting to involvement in a murder? The government has the hard drive of the computer that I accessed the information on (BOP computer); the government has the cell phone in which I used to speak with inmate at ADX; and literally any sort of records to confirm what I am saying, not to mention that I can describe in vivid detail the secure BOP report I seen on the computer that outed Hillard as a rat. How could I do that unless I actually seen it? I can describe the colors, where the information is, where it says. To date, this information has NEVER been made public and only exists in the secure computer system of the BOP ("sentry" and "truscope"). On top of other things, I offered to take a polygraph to prove I am not lying. So a AUSA Browne, who came to the conclusion that what I'm saying is not true without anyone interviewing me, giving me a polygraph or confirming the evidence, it's obvious. Why would anyone lie about this? Everything I said is true. In closing, I will continue to be who I am. I will NEVER give up. I will fight you people till my last breath. They will tell who the hell is, but one day I will commune again. I realize the restrictions prevent me from being what I want at the moment, but I can wait for however long it takes, I will continue to uphold, direct, advocate and inspire what you consider criminal acts.

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SABATINO, JAMES | | | Reg #: | 30906-004 |
| Date of Birth: | 10/24/1976 | Sex: | M    Race: WHITE | Facility: | FLM |
| Note Date: | 05/01/2024 10:02 | Provider: | Maltezo, Seana FNP-BC | Unit: | H05 |

**Reviewed Health Status:**   No

Review Note - Report Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   1        Provider:   Maltezo, Seana FNP-BC

Reviewed documentation from neurosurgeon and concerning for manipulation. Per note IM stated, "attempted treatment options with pain management consisting of medial branch blocks, radiofrequency ablation, epidural injections". "Patient complains of significant inability to do activities of daily living and simple exercises". "He also admits that he has been having some urinary incontinence".

Reviewed all of his visits to his initial back pain visit in 2012. 3/23/12 He had 1 visit of LBP x 1 day and no other visits for it again until 7/24/2019, and 8/5/2019. Nothing again until 7/18/23 where he reported doing burpees and push-ups in his cell. 8/23/23, 9/11/23, and 10/24/23 no changes were reported. No urinary incontinence was reported at any of these visits. On 2/7/24 he reported "exercising on the stationary bike for 60 minutes every day. When asked how for he
went he stated "60 kilometers". He states that when he started on the bike he was only able to tolerate 30 minutes a day, but now can handle 60 minutes a day."

He was seen by pain management for a consultation on 11/14/23 where they recommended 2 medial branch blocks. He had the 1st MBB on 4/3/24 (2.5 weeks before he saw neurosurgery).
He is currently pending his 2nd MBB. He has not had ablations or epidural injections from what I am able to find in his chart.

I have reached out to the neurosurgeon to see if he prefers he go through having these other procedures done instead of straight to surgery at this time. Pending hearing from the surgeon before anything else will be placed.

**Copay Required:** No           **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Maltezo, Seana FNP-BC on 05/01/2024 10:29