**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 16-20519-CR-LENARD**

UNITED STATES OF AMERICA,

    Plaintiff,

      v.

JAMES SABATINO,

    Defendant,

_____/

**ORDER GRANTING AGREED MOTION TO APPLY FUNDS IN DEFENDANT'S BUREAU OF PRISONS TRUST ACCOUNT TOWARDS OUTSTANDING CRIMINAL MONETARY PENALTIES JUDGMENT**

This cause came before the Court upon the United States' Second Agreed Motion to Apply Funds in Defendant's Bureau of Prisons Trust Account toward the Outstanding Criminal Monetary Penalties Judgment. The Court has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the United States' Second Agreed Motion to Apply Funds in Defendant James Sabatino's Bureau of Prisons Trust Account toward the outstanding Criminal Monetary Penalties Judgment is **GRANTED.** The U.S. Bureau of Prisons shall turn over to the Clerk of the Court, Southern District of Florida, the sum of $850.00. The funds shall be made payable to "U.S. Courts", reference the above case style and case number, and be mailed or delivered to 400 North Miami Avenue, Room 8N09, Miami, FL 33128. The funds shall be applied towards Defendant, James Sabatino's outstanding criminal monetary penalties judgment in accordance with the 18 U.S.C. § 3612.

This payment should be credited to the Defendant's Inmate Financial Responsibility Program Agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of July 2025.

_____
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc: WARDEN
USP Florence Admax
U.S. Penitentiary
PO Box 8500
Florence, CO 81226

All Counsel of Record